# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

May 26, 2020

Jane K. Castro
Chief Deputy Clerk

Ms. Katherine E. Ensler
Mr. Hunter S. Labovitz
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545W
Philadelphia, PA 19106

**RE:**   **20-7026, In re: Fields**
          Dist/Ag docket: 6:03-CR-00073-RAW-1

Dear Counsel:

The court has docketed your petition for permission to file a second or successive habeas petition under 28 U.S.C. 2255. Please note the case number above. You will be notified as soon as the court takes action on this matter.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc:     Jeffrey Bradford Kahan
        Christopher Wilson

CMW/mma