# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
### OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert | | Jane K. Castro |
| Clerk of Court | **May 28, 2020** | Chief Deputy Clerk |

Katherine E. Ensler
Hunter S. Labovitz
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545W
Philadelphia, PA 19106

**RE:    20-7026, In re: Fields**
Dist/Ag docket: 6:03-CR-00073-RAW-1

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc:    Jeffrey Bradford Kahan
Christopher Wilson

CMW/pdw